**MAGEE et al. v. McNANY.**

Civ. A. No. 121-Erie.

United States District Court
W. D. Pennsylvania.

Oct. 3, 1951.

See also 95 F.Supp. 675.

Quinn, Leemhuis, Plate & Dwyer and Frank B. Quinn, all of Erie, Pa., for plaintiff.

Marsh, Spaeder, Baur & Spaeder and Byron A. Baur, all of Erie, Pa., for intervening plaintiff.

Gifford, Graham, MacDonald & Illig and William F. Illig, all of Erie, Pa., for defendant.

BURNS, District Judge.

In this case, plaintiff filed a complaint and defendant filed a counterclaim in an action sounding in trespass. The jury returned a verdict "in favor of neither party. Both negligent." The question arises as to how costs should be taxed.

It will be my policy, normally, in such cases, to require each party to bear his own costs. In my view, neither is "the prevailing party" so as to be entitled to costs as of course under the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, 28 U.S.C.